**DORIS CULVER VANDENBERG**
**Day Winters, PLLC**
**1515 Peck Street**
**Muskegon, MI  49441**
(517) 402-6852

February 3, 2022

Clerk of the Court
Eastern District of Michigan
231 W. Lafayette Blvd.
Room 599
Detroit, MI  48226

RE:  Affidavit for Reinstatement to Practice Law in the Eastern District of Michigan

Dear Sir or Madam:

    I am a member of the State Bar of Michigan and was admitted to practice law in the Western and Eastern District of Michigan.  In November 2017 I was suspended from the practice of law for a period of 180 days, after taking responsibility for a co-mingling client funds with those of my own.  The incident occurred in 2013.

    On January 17, 2020, I was reinstated to the practice with conditions that I engage with a practicing attorney-mentor to monitor my IOLTA, business and personal accounts' provide copies of my bank statements on a monthly basis to the attorney-mentor; engage with my sister Asaline Scott to provide ongoing assistance with respect to bookkeeping and IOLTA; and limit the number of personal and business accounts to two; and engage with a n outside accountant and or bookkeeper for my practice.

.    I have satisfied all the conditions contained in the Order of Reinstatement with Conditions and consequently, respectfully request reinstatement to practice in the Eastern District of Michigan.

    Thank you for your consideration.

Respectfully submitted


Doris Culver VandenBerg

Encl.